UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FRED HORENBURGER, an individual,

    Plaintiff,

v.                                    Case No.: 9:14-cv-81023-KAM

HOGV, LLC f/k/a BAY AREA CREDIT
SERVICE LLC, a foreign limited liability
company,

    Defendant.
_____/

# NOTICE OF PROPOSED SETTLEMENT

    Plaintiff, FRED HORENBURGER, gives notice that the parties have reached settlement of all claims. The Parties are currently finalizing the terms of the settlement agreement and will be filing a Notice of Dismissal shortly.

    /s/ Steven Holzman
    Steven C. Holzman, Esq
    Bar No: 667617
    Law Offices of Steven C. Holzman, PA
    2040 NW 25th Street
    Boca Raton, FL 33431
    Phone: 561.789.5366
    scholzmanlaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Steven Holzman
Steven C. Holzman, Esq
Bar No: 667617
Law Offices of Steven C. Holzman, PA
2040 NW 25th Street
Boca Raton, FL 33431
Phone: 561.789.5366
scholzmanlaw@gmail.com

**SERVICE LIST**
Dale T. Golden, Esq.
FBN:  0094080
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone:  (813) 251-5500
Direct:  (813) 251-3632
Fax:  (813) 251-3675
dgolden@gsgfirm.com


 Via Notices of Electronic Filing generated by CM/ECF